FILED

06/04/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0669

IN THE SUPREME COURT OF THE STATE OF MONTANA
DA 23-0669

CITY AND COUNTY OF BUTTE-
SILVER BOW, MONTANA,

      Applicant and Appellant,

v.

BUTTE POLICE PROTECTIVE
ASSOCIATION,

      Respondent and Appellee.

**ORDER GRANTING
EXTENSION OF TIME**

Upon consideration of the Unopposed Motion for Extension of Time to file Appellant City and County of Butte-Silver Bow, Montana's reply brief, there having been no objection from Respondent/Appellee, and good cause appearing,

IT IS HEREBY ORDERED that Appellant City and County of Butte-Silver Bow, Montana is granted a 10-day extension, up to and including June 14, 2024, to file its reply brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 4 2024